**ROBBINS v. FREEMAN**

[347 N.C. 664 (1998)]

DONNIE EARL ROBBINS v. FRANKLIN FREEMAN, Secretary of the North Carolina Department of Correction, in his official capacity; JUANITA BAKER, Chairman of the North Carolina Parole Commission, in her official capacity; ELBERT BUCK, WILLIAM A. LOWRY, CHARLES L. MANN, SR., and PEGGY STAMEY, Members of the North Carolina Parole Commission, in their official capacities

No. 416PA97

(Filed 6 March 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 127 N.C. App. 162, 487 S.E.2d 771 (1997), reversing an order entered by Jenkins, J., on 9 January 1996 in Superior Court, Wake County. Heard in the Supreme Court 11 February 1998.

*George B. Currin for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by David F. Hoke and Elizabeth F. Parsons, Assistant Attorneys General, for defendant-appellants.*

PER CURIAM.

AFFIRMED.